**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Morgan Leigh Adams and Bryson Stewart, Defendants,

Of whom Morgan Leigh Adams is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-001700

———————————

Appeal From Greenville County
W. Greg Seigler, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-216
Submitted May 4, 2016 – Filed May 16, 2016

———————————

**AFFIRMED**

———————————

John Brandt Rucker, of Brandt Rucker Attorney At Law,
of Greenville, for Appellant.

Jonathan Ashley Neal, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

**PER CURIAM:** Morgan Leigh Adams appeals the family court's order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's finding of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Adams's counsel.

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.